UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. LAMB,<br><br>        Plaintiff,<br><br>   v.<br><br>J. HERNANDEZ,<br><br>        Defendant. | No.  2:22-cv-2285 AC P<br><br><br>ORDER |

    Pursuant to the parties' Stipulation for Voluntary Dismissal with Prejudice, ECF No. 25, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs.  The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

DATED: February 18, 2025

                                            ALLISON CLAIRE<br>                                            UNITED STATES MAGISTRATE JUDGE